UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MARINE SALVAGE, INC.,
a Michigan corporation,

        Plaintiff,

vs.                                            Case No.  11-cv-11942
                                                 Hon. Mark A. Goldsmith

MARK BIEGANOWSKI,

        Defendant.
_____/

D'LUGE, MILES, MILES & CAMERON P.L.C.
BRIAN J. MILES (P37186)
CHERYL A. CAMERON (P52497)
Attorneys for Plaintiff
67 N. Walnut
Mt. Clemens, MI  48043
(586) 468-7511
bmiles@dmmplc.com
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

      This cause comes before the Court upon Plaintiff's Motion for Entry of Default Judgment against Mark Bieganowski, pursuant to Federal Rules of Civil Procedure 55(b).

      A Verified Complaint was filed against Defendant on May 3, 2011.  Personal service of the Summons and Verified Complaint was accomplished on August 14, 2011.  Defendant has failed to serve the appropriate motion or responsive pleading within the time prescribed by law.  A Clerk's Entry of Default was issued on September 15, 2011.  Plaintiff filed its Motion for Entry of Default Judgment on October 25, 2011.  On December 7, 2011, the Court heard testimony in support of the motion and argument of counsel.

Accordingly, after careful review of the record, and the Court being otherwise fully and duly advised in the premises, it is:

ORDER AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Judgment Against Defendant Mark Bieganowski is hereby GRANTED; and

2. Plaintiff, Michigan Marine Salvage, Inc., is hereby GRANTED final judgment against Mark Bieganowski in the amount of $68,346.69.

IT IS SO ORDERED.

Dated: December 9, 2011          s/Mark A. Goldsmith
       Flint, Michigan           MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 9, 2011.

                                 s/Deborah J. Goltz
                                 DEBORAH J. GOLTZ
                                 Case Manager